PAUL O'DWYER
ATTORNEY-AT-LAW

LAW OFFICE OF PAUL O'DWYER, P.C.
11 BROADWAY, SUITE 715
NEW YORK, NY 10004

PHONE: 646-230-7444
FAX: 646-230-7381
PAUL.ODWYER@PAULODWYERLAW.COM

<u>**Via ECF**</u>
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

SO ORDERED this 13 day of November 2026
Christine P. O'Hearn
United States District Judge

**Re: *Kovalchuk v. Soto, et al.*, No. 26-14220 (CPO)**

**Dear Judge O'Hearn,**

I represent Petitioner in the above habeas petition. I write to request a brief one-day extension of the time to reply to Respondent's Response (ECF 8). Our office was affected by the Microsoft outage from yesterday at noon to earlier today, which impacted not only access to email but a host of other related services. As a result, we will be unable to adequately complete our reply by the end of today, and respectfully request an extension of time to Monday, November 16.

Counsel for Respondents state that they have no objection to this request.

Sincerely yours,

*/s/ Alex Rossebo*

Alexander Rossebo
Attorney for Petitioner
alex@paulodwyerlaw.com