**PAUL O'DWYER**
ATTORNEY-AT-LAW

LAW OFFICE OF PAUL O'DWYER, P.C.
11 BROADWAY, SUITE 715
NEW YORK, NY 10004

PHONE: 646-230-7444
FAX: 646-230-7381
PAUL.ODWYER@PAULODWYERLAW.COM

<u>**Via ECF**</u>
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

SO ORDERED this 16th day of November 20 26

Christine P. O'Hearn
United States District Judge

**Re: *Kovalchuk v. Soto, et al.*, No. 26-14220 (CPO)**

**Dear Judge O'Hearn,**

I represent Petitioner in the above habeas petition. I write to request a further one-day extension of the time to reply to Respondent's Response (ECF 8). As stated in our previous request (ECF 10), our office was affected by the Microsoft outage last Thursday and Friday, thus necessitating a need for a short extension to complete briefing on this case, which the Court granted (ECF 11).

In a truly unfortunate sequence of events, today we have been hit with a Westlaw outage since mid-morning (see attached). Although Westlaw reports that the issue has been largely resolved, we still do not have any Westlaw access, the website DownDetector still reports ongoing problems, and we have no way of telling when our access will be restored. This has affected our ability to complete our reply on this case, as we cannot either complete research or check citations on the work we have completed, and we also have an opening brief due at the Second Circuit Court of Appeals today, Dechen v Blanche, Case No. 26-447, which is being similarly delayed, and which we will have complete once our access is restored. As a result, we will be unable to adequately complete our reply by the end of today, and respectfully request an extension of time to Tuesday, November 17.

Counsel for Respondents state that they have no objection to this request.

Sincerely yours,

*/s/ Alex Rossebo*

Alexander Rossebo
Attorney for Petitioner
alex@paulodwyerlaw.com