**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MYKOLA KOVALCHUK,**<br>*Petitioner*,<br>v.<br>**LUIS SOTO**, ***et al.***,<br>*Respondents*. | No. 26-cv-14220<br><br>**ORDER** |

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention under 8 U.S.C. § 1231 and seeking, among other relief, immediate release from custody. (ECF No. 1). Respondents have opposed the Petition, (ECF No. 8), and Petitioner filed a reply, (ECF No. 14). The Court reserves the right to issue an Opinion in this matter. The Court has considered the parties' submissions, the record before it, and the arguments presented during the November 24, 2026 hearing, and for the reasons stated on the record,

**IT IS** on this 24th day of November, 2026,

**ORDERED** that the Petition is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner **IMMEDIATELY** from custody, and by no later than 8:00 p.m. on November 24, 2026. Respondents shall promptly file a letter on the docket confirming Petitioner's release in compliance with this Order; and it is further

**ORDERED** that Respondents are **ENJOINED** from re-detaining Petitioner pursuant to 8 U.S.C. § 1231(a)(6) absent materially changed circumstances bearing on the reasonable foreseeability of his removal; and it is finally

**ORDERED** that, should Respondents seek to remove Petitioner to any country other than as specified in the final order of removal, Respondents shall provide Petitioner with at least thirty (30) days' advance written notice identifying the intended country of removal and take no action to remove during that time period so as to ensure that Petitioner has a meaningful opportunity to seek relief. The Court shall retain jurisdiction over this matter to ensure compliance with this Order.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: November 24, 2026